# UNITED STATES DISTRICT COURT RECEIVED

for the

Northern District of Iowa

Cedar Rapids Division

SEP 1 2 2024

United States District Court
Northern District of Iowa

Afamdi Madumelu

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
**-v-**

Jose Resendiz Sanchez, Chrissy Michalec & Collins
Aerospace

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  1:24-cv-98-KEM

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Afamdi Madumelu |
| Street Address | 175 Mountain Rest Ct SE |
| City and County | Mableton, Cobb County |
| State and Zip Code | Georgia 30126 |
| Telephone Number | 319-259-3262 |
| E-mail Address | Afamdi@engineer.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jose Resendiz Sanchez |
| Job or Title *(if known)* | Sr. Engineering Manager |
| Street Address | 400 Collins Rd NE |
| City and County | Cedar Rapids, Linn County |
| State and Zip Code | Iowa 52498 |
| Telephone Number | 319-295-1000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Collins Aerospace |
| Job or Title *(if known)* | |
| Street Address | 400 Collins Rd NE |
| City and County | Cedar Rapids, Linn County |
| State and Zip Code | Iowa 52498 |
| Telephone Number | 319-295-1000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Chrissy Michalec |
| Job or Title *(if known)* | Collins Aerospace HR Manager |
| Street Address | 400 Collins Rd NE |
| City and County | Cedar Rapids, Linn County |
| State and Zip Code | Iowa 52498 |
| Telephone Number | 319-295-1000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## C.      Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Collins Aerospace |
| Street Address | 400 Collins Rd NE |
| City and County | Cedar Rapids, Linn County |
| State and Zip Code | Iowa 52498 |
| Telephone Number | 319-295-1000 |

## II.      Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

    *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s)

February 14, 2020

C.      I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — African
- ☒ color — Black
- ☐ gender/sex
- ☐ religion
- ☒ national origin — Nigeria
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.      The facts of my case are as follows. Attach additional pages if needed.

My employment with Collins Aerospace was terminated on February 12th, 2022 due to my complaints of discrimination and retaliation against me by my former manager, Jose Resendiz Sanchez. Chrissy Michalec (Collins Aerospace HR) and Jose Resendiz Sanchez (Sr. Systems Engineering Manager) made the decision for the organization to terminate my employment.

The discrimination against my former co-worker (Roy Wang) and I started on February 14, 2020 while retaliation started on July 2021 when Jose Resendiz Sanchez became a group manager. Prior to Jose Resendiz Sanchez becoming a group manager, he was a Project Manager with no direct reports. As a project manager (in 2020), Jose gave work that was completed by Roy Wang (Chinese) and I (African) to two (2) teammates (white males) to take credit and the two white males were later promoted to Technical Project Manager and Chief Engineer. After Roy and I filed a complaint to Collins Aerospace Human Resources (Chrissy Michalec) for the discriminatory act, Jose started to retaliate against Roy and I.

Jose Resendiz Sanchez became a group manager in July 2021. Approximately 5 months (November 2021) as group manager, Jose without any verbal or written warning said that he would put me on performance improvement plan (PIP) because he believes that my performance is poor. I have never been on PIP and in fact, my performance review with my former manager (Matt Myers) whom Jose replaced was very good. Matt Myers during performance review indicated that even with me pursuing my Master's degree fulltime and working full time, it did not affect my work responsibilities and performance. Please see attached, my performance reviews under Matt Myers (2020) and Jose Resendiz Sanchez (2021). Note that Jose never mentioned or recorded any performance issues during the review.

Retaliation: Jose further retaliated against me by trying to block my work permit renewal. After I complained about the retaliatory action to HR Director and VP of Engineering, Jose approved my work permit. Please see attached document for emails sent to Jose, HR Director and VP of Engineering.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

April 2022

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*   June 25, 2024   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.        Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐       60 days or more have elapsed.

☐       less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lost Pay Damages: Prior to being employed by Collins Aerospace in February 2018, I was a Sr. Principal Systems Engineer with United Technologies Aerospace Systems with an annual salary of $166,000 USD. Collins Aerospace hired me as a Sr. Systems Engineer (which was 2 levels below my previous rank) with an annual salary of $112,000 USD. Collins was filling for my green card and instructed me that I cannot change my job position while the green card application is in process. Since my green card application was canceled due to wrongful employment termination, i am asking that I get rewarded for the lost pay ($253,333) for remaining in the same position for 4 years or for not being able to change jobs/companies hoping that the green card will be completed and issued. I would have received my green card by July 2022.

Green Card Re-application and Attorney fees: Seeking $50,000 USD to reapply for green card and for attorney fees for green card process.

Emotional Distress Damages: Seeking $150,000 USD for emotional distress damages. Due to discrimination, retaliation and wrongful termination, I experience depression/anxiety, sleeplessness, loss of enjoyment of life and mental anguish, reputational harm, and strained relationships with family and friends.

Punitive Damages:Seeking $350,000 USD in punitive damages. Jose Resendiz Sanchez knowing my status in the US and using it against me.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:             9/8/2024

Signature of Plaintiff

Printed Name of Plaintiff    Afamdi Madumelu

## B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address